MICHAEL J. COLLINS, Pet'r for Review, *vs.* OTHILIE L. LAWSON.

Cumberland County. Decided July 24, 1915. This is a petition for review of an action entered at the October term, 1912, and continued to the January term, 1913, when judgment was rendered for the defendant. This petition for review was heard by a single Justice, who denied said petition; to which ruling the plaintiff excepted. Exceptions overruled. *Frederick H. Cobb*, for petitioner. *W. K. & A. E. Neal*, for respondent.

---

CLIFFORD C. WOOD *vs.* MAINE CENTRAL RAILROAD COMPANY.

Somerset County. Decided July 24, 1915. An action to recover damages for injuries sustained by plaintiff while working in the yard of defendant company, July 15, 1913. Defendant pleaded the general issue. The jury rendered a verdict for defendant, and plaintiff filed a motion for new trial. Motion overruled. *Manson & Coolidge*, for plaintiff. *Johnson & Perkins*, for defendant.